# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Walker, Susan R. | Middle District of Alabama | 12/29/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief United States Magistrate Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

One Church Street, 501-B
Montgomery, AL 36104

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Eckerd College, St. Petersburg, FL |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 12/29/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01-06/13 | Net rental income (weekend home - Elmore County, AL) | $1,446.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 12/29/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U. S. Dept. of Education | Student Loan (Child) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 12/29/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions (Tax Account) | A | Interest | K | T | | | | | |
| 2. Balch & Bingham (interest in partnership) | C | Dividend | K | T | | | | | |
| 3. APCO Credit Union | A | Interest | J | T | | | | | |
| 4. Regions (Savings Account) | A | Interest | J | T | | | | | |
| 5. Cisco Systems Common Stock | A | Dividend | J | T | | | | | |
| 6. Intel Common Stock | A | Dividend | J | T | | | | | |
| 7. Walmart Common Stock | A | Dividend | J | T | | | | | |
| 8. Berkshire Hathaway Class B Common Stock | | None | J | T | | | | | |
| 9. TD Waterhouse Bank (Cash) | A | Interest | K | T | | | | | |
| 10. Johnson & Johnson Common Stock | A | Dividend | J | T | | | | | |
| 11. China Mobile Ltd Sp Adr | A | Dividend | J | T | | | | | |
| 12. Real property (weekend home), Elmore County, AL | B | Rent | | | Sold | 06/28/13 | N | F | Cliff and Cindy Martin |
| 13. Abbott Laboratories | A | Dividend | K | T | | | | | |
| 14. Abbvie, Inc. | A | Dividend | K | T | Buy (add'l) | 01/02/13 | J | | |
| 15. Accenture Ltd Cl A | A | Dividend | K | T | | | | | |
| 16. Apple Computer, Inc. | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 17. China Mobile Ltd Sp Adr | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 12/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Coca Cola Co | B | Dividend | K | T | Sold (part) | 05/21/13 | J | C | |
| 19. Exelon Corp | B | Dividend | K | T | Sold (part) | 08/01/13 | J | A | |
| 20. Exxon Mobil Corporation, Inc. | A | Dividend | K | T | | | | | |
| 21. Hertz Global Holdings, Inc. | | None | J | T | Buy | 08/09/13 | J | | |
| 22. Intel Corp | A | Dividend | K | T | | | | | |
| 23. Johnson & Johnson Com | B | Dividend | K | T | Sold (part) | 08/01/13 | J | B | |
| 24. McDonalds Corp | A | Dividend | K | T | | | | | |
| 25. Microsoft Corp | A | Dividend | K | T | | | | | |
| 26. Molson Coors Brewing Co Cl B | B | Dividend | K | T | | | | | |
| 27. Novartis A G Spon Adrf | B | Dividend | K | T | Sold (part) | 05/21/13 | J | B | |
| 28. Novo-Nordisk A/S Adr | A | Dividend | J | T | | | | | |
| 29. Oracle Corporation | A | Dividend | K | T | | | | | |
| 30. Peabody Energy Corp | A | Dividend | J | T | Sold (part) | 08/01/13 | J | A | |
| 31. Pepsico, Inc | A | Dividend | K | T | Sold (part) | 08/01/13 | J | B | |
| 32. Philip Morris International, I | A | Dividend | K | T | | | | | |
| 33. Southern Company | B | Dividend | K | T | | | | | |
| 34. Target | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 12/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Teva Pharm Inds Ltd Adrf | A | Dividend | K | T | | | | | |
| 36. United Technologies | A | Dividend | K | T | | | | | |
| 37. Vale S.A. ADR | A | Dividend | J | T | Sold (part) | 08/01/13 | J | A | |
| 38. Vodafone Group Public Limited | B | Dividend | K | T | | | | | |
| 39. Wak-Mart Stores, Inc. | A | Dividend | K | T | | | | | |
| 40. Waster Mnagement, Inc. Del | B | Dividend | K | T | Sold (part) | 05/21/13 | J | B | |
| 41. American Century Short | A | Dividend | | | Sold (part) | 04/12/13 | K | A | |
| 42. American Century Short | A | Dividend | | | Sold | 06/12/13 | K | A | |
| 43. Avon Products Inc Nt 4.8% 13 Ma | A | Interest | | | Sold | 03/01/13 | K | A | |
| 44. Avon Products Inc NT 6.5% 19 M- | B | Interest | K | T | | | | | |
| 45. BANK OF AMERICA CORP VR 101212 | A | Interest | K | T | Buy | 06/13/13 | K | | |
| 46. Bk Nova Scotia Flt 2033f | A | Interest | K | T | Buy | 07/26/13 | K | | |
| 47. BUCKEYE PARTNERS LP SR UNSECU | A | Interest | K | T | Buy | 03/06/13 | K | | |
| 48. CINCINATTI OHIO VARIOUS PURP B | B | Interest | K | T | | | | | |
| 49. CITIBANK N A CD CLL FX/FLT 33 | A | Interest | K | T | Buy | 08/13/13 | K | | |
| 50. Dell Bond | | None | | | Buy | 01/18/13 | K | | |
| 51. Dell Bond | | None | | | Sold | 02/26/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 12/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ELECTRONIC DATA SYS NEW NOTE | B | Interest | | | Sold | 08/01/13 | K | A | |
| 53. HEWLETT PACKARD CO SR UNSECURE | B | Interest | K | T | | | | | |
| 54. Hrpt Properties | B | Interest | K | T | | | | | |
| 55. Ingersoll-Rand Global Hldg C N | B | Interest | K | T | | | | | |
| 56. JP MORGAN CHASE BK NA | | None | K | T | Buy | 03/26/13 | K | | |
| 57. LLOYDS TSB BANK PLC RGE ACCRL | B | Interest | K | T | Buy | 03/18/13 | K | | |
| 58. Pitney Bowes Inc Note 5.000% | A | Interest | | | Sold | 05/01/13 | K | A | |
| 59. Port St. Lucie FL Lease Rev Bo | B | Interest | K | T | | | | | |
| 60. Safeway Inc Sr Unsecured M-W C | B | Interest | K | T | | | | | |
| 61. Societe Gen Var 2033f | B | Interest | K | T | Buy | 04/05/13 | K | | |
| 62. TOYOTA MOOR CREDIT SR UNSECUR | A | Interest | K | T | | | | | |
| 63. Union Bank Na, CD 10/25/17 0% | A | Interest | K | T | | | | | |
| 64. Union Bank Na, San | A | Interest | K | T | Buy | 04/25/13 | K | | |
| 65. Weitz Funds Hort Interm Incom | A | Dividend | K | T | Sold (part) | 06/12/13 | K | A | |
| 66. Western Union Sr Unsecured M-W | A | Interest | K | T | | | | | |
| 67. WESTERN UNION SR UNSEC | B | Interest | K | T | Buy | 01/30/13 | K | | |
| 68. SSGA Money Market (Cash) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 12/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SDBA Fund | | None | P1 | T | | | | | |
| 70. Oakmark Equity & Income Fund | | None | M | T | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 12/29/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes: ▮▮▮▮▮▮▮ pension and 401K accounts (▮▮▮▮▮▮) which are derived from ▮▮▮▮▮▮ and invested by a third party.  I previously reported these as investments, but did not report individual stock or bond holdings, as I did not have knowledge of these.  My amended report now reflects those specific holdings.

The weekend home noted in Parts III.A and VII was held primarily as a personal residence, not for the production of income.  However, it was rented from time to time through VRBO or Airbnb just before the sale of the property.

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Susan R. | 12/29/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Susan R. Walker

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544